Before: RYMER, TASHIMA and GRABER, Circuit Judges.

MEMORANDUM **

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner has failed to "maintain continuous physical presence in the United States" for ten years. *See* 8 U.S.C. § 1229b(b)(1)(A) & (d)(2); *Ram v. INS,* 243 F.3d 510 (9th Cir.2001). Accordingly, this petition for review is denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect pending issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

**Mario CASAS–MENDOZA; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71859.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Mario Casas–Mendoza, Garden Grove, CA, pro se.

Benedicta Serrano–Carrera, Garden Grove, CA, pro se.

Jasiel Casas–Serrano, Garden Grove, CA, pro se.

CAC–District Counsel, Esq., Los Angeles, CA, Ronald E. Lefevre, Chief Counsel,

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

San Francisco, CA, Eric W. Marsteller, M. Jocelyn Wright, Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

## MEMORANDUM **

Respondent's motion to dismiss this petition for review for lack of jurisdiction is granted with respect to petitioners Mario Casas–Mendoza and Benedicta Serrano–Carrera. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003); *Fernandez v. Gonzales*, 439 F.3d 592 (9th Cir.2006). Accordingly, this petition for review is dismissed with respect to petitioners Mario Casas–Mendoza and Benedicta Serrano–Carrera.

Respondent's motion for summary disposition is granted with respect to petitioner Jasiel Casas–Serrano because the questions raised by this petition for review with respect to him are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The agency granted petitioner Jasiel Casas–Serrano the only relief he requested, voluntary departure. Accordingly, this petition for review is denied with respect to petitioner Jasiel Casas–Serrano.

The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DISMISSED IN PART, DENIED IN PART.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

